**Fill in this information to identify the case:**

Debtor name __Marlene's Trucking Transport, Inc.__

United States Bankruptcy Court for the: __Northern__      District of __Illinois__
(State)

Case number (If known): __24-09166__

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2024 to Filing date | ☒ Operating a business<br>☐ Other _____ | $ 5,979.33 |
| **For prior year:** | From 1/1/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $ 132,240.24 |
| **For the year before that:** | From 1/1/2022 to 12/31/2022 | ☐ Operating a business<br>☒ Other _____ | $ 131,288.79 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date | _____ | $ 0.00 |
| **For prior year:** | From _____ to _____ | _____ | $ 0.00 |
| **For the year before that:** | From _____ to _____ | _____ | $ 0.00 |

Debtor ___Marlene's Trucking Transport, Inc._____   Case number *(if known)*___24-09166_____
              *Name*

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | SEE ATTACHMENT SHEET A | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | _____ Street | _____ | | ❑ Suppliers or vendors |
| | _____ | | | ❑ Services |
| | City    State    ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | _____ | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | _____ Street | _____ | | ❑ Suppliers or vendors |
| | _____ | | | ❑ Services |
| | City    State    ZIP Code | _____ | | ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ | _____ | $_____ | _____ |
| | Insider's name | | | |
| | _____ Street | _____ | | _____ |
| | _____ | _____ | | _____ |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | _____ | _____ | $_____ | _____ |
| | Insider's name | | | |
| | _____ Street | _____ | | _____ |
| | _____ | _____ | | _____ |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor _____Marlene's Trucking Transport, Inc._____    Case number (if known)_____24-09166_____
      Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City        State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Trustees of Suburban Teamsters vs. Marlene's Trucking Transport | 791 Labor ERISA | US Dist Court - N. District of Illinois<br>Name<br>Dirksen Federal Building<br>Street<br>219 S. Dearborn  Street<br>Chicago, Illinois  60604<br>City        State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br>Judgment for Plaintiff 3/20/24 |
| | **Case number**<br>2022 C 2562 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address**<br><br>Name<br>Street<br>City        State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

Debtor    Marlene's Trucking Transport, Inc.                    Case number *(if known)*_____24-09166_____
          Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| _____ Street | Case title | Court name and address |
| _____ City          State      ZIP Code | _____ Case number | _____ Name _____ Street |
| | _____ Date of order or assignment | _____ City      State      ZIP Code |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

---

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

| | | |
|---|---|---|
| Debtor | Marlene's Trucking Transport, Inc. | Case number (if known) 24-09166 |
| | Name | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Anthony J. Peraica & Associates, Ltd. | | May 28, 2024 | $ 3,000.00 |

**Address**

5130 S. Archer Avenue
Street

Chicago, IL  60632
City          State     ZIP Code

**Email or website address**
www.peraica.com

**Who made the payment, if not debtor?**

Marlene Anderson, President of debtor corp.

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

**Address**

Street

City          State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |

**Trustee**

Debtor _____Marlene's Trucking Transport, Inc._____     Case number (*if known*)_____24-09166_____
           Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |

**Address**

_____
Street

_____
City              State      ZIP Code

**Relationship to debtor**

_____

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $_____ |

**Address**

_____
Street

_____
City              State      ZIP Code

**Relationship to debtor**

_____

| Part 7: | Previous Locations |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ <br> Street <br> _____ <br> City          State      ZIP Code | From _____ To _____ |
| 14.2. | _____ <br> Street <br> _____ <br> City          State      ZIP Code | From _____ To _____ |

Debtor     Marlene's Trucking Transport, Inc.        Case number *(if known)*   24-09166
      Name

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1.** _____
Facility name

_____
Street

_____
City   State   ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.2.** _____
Facility name

_____
Street

_____
City   State   ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan        Employer identification number of the plan

_____   EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Debtor _____Marlene's Trucking Transport, Inc._____     Case number *(if known)*_____24-09166_____
Name

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | City   State   ZIP Code | | | | |
| 18.2. | _____ Name | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | City   State   ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No ☐ Yes |
| _____ Street | _____ | _____ | |
| City   State   ZIP Code | Address _____ _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No ☐ Yes |
| _____ Street | _____ | _____ | |
| City   State   ZIP Code | Address _____ _____ | | |

---

Debtor _____Marlene's Trucking Transport, Inc._____   Case number *(if known)*_____24-09166_____
           Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor      Marlene's Trucking Transport, Inc.
            Name

Case number (if known)      24-09166

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.1.**

Name

Street

City     State     ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____      To _____

**25.2.**

Business name and address

Name

Street

City     State     ZIP Code

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____      To _____

**25.3.**

Business name and address

Name

Street

City     State     ZIP Code

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____      To _____

Debtor    Marlene's Trucking Transport, Inc.                                    Case number *(if known)*  24-09166
          Name

---

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

        ☒ None

| **Name and address** | | | | **Dates of service** |
|---|---|---|---|---|
| 26a.1. | | | | From _____  To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

| **Name and address** | | | | **Dates of service** |
|---|---|---|---|---|
| 26a.2. | | | | From _____  To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

        ☒ None

| **Name and address** | | | | **Dates of service** |
|---|---|---|---|---|
| 26b.1. | | | | From _____  To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

| **Name and address** | | | | **Dates of service** |
|---|---|---|---|---|
| 26b.2. | | | | From _____  To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☒ None

| **Name and address** | | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.1. | | | | _____ |
| | Name | | | _____ |
| | Street | | | _____ |
| | City | State | ZIP Code | |

---

Debtor     Marlene's Trucking Transport, Inc.                    Case number (if known)_____24-09166_____
           Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.
_____
Name
_____
Street
_____
_____
City          State      ZIP Code

**Name and address**

26d.2.
_____
Name
_____
Street
_____
_____
City          State      ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.
_____
Name
_____
Street
_____
_____
City          State      ZIP Code

Debtor ___Marlene's Trucking Transport, Inc.___  Case number (if known)___24-09166___
Name

| Name of the person who supervised the taking of the inventory | | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
___
Name

___
Street

___
City   State   ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. ___<br>Name<br>___<br>Street<br>___<br>___<br>City   State   ZIP Code<br>Relationship to debtor<br>___ | ___ | ___<br>___<br>___ | ___ |

Debtor    __Marlene's Trucking Transport, Inc._____    Case number *(if known)*____24-09166_____
          Name

---

**Name and address of recipient**

30.2    _____
        Name

        _____
        Street

        _____

        _____
        City                State      ZIP Code

        **Relationship to debtor**

        _____

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent
                                                   corporation

_____                EIN: __ __ – __ __ __ __ __ __ __

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____                EIN: __ __ – __ __ __ __ __ __ __

---

| Part 14: | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __07/01/2024__
               MM / DD / YYYY

✗ __/s/Marlene Anderson_____        Printed name    __Marlene Anderson_____
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor    __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☒ Yes

---

# ATTACHMENT SHEET A
## TO AMENDED STATEMENT OF FINANCIAL AFFAIRS
### PART 2, LINE 3

**CHAPTER 7 BANKRUPTCY OF MARLENE'S TRUCKING TRANSPORT, INC.
CASE NO. 24-09166**

**Certain payments or transfers to creditors within 90 days before filing this case**

| CREDITOR'S NAME AND ADDRESS | DATES | TOTAL AMOUNT OR VALUE | REASON FOR PAYMENT |
|---|---|---|---|
| Illinois Tollway Authority 2700 Ogden Avenue Downers Grove, IL 60515 | 3/21/24 4/16/24 5/7/24 | $431.38 | Expressway tolls on payment plan |
| Fifth Third Bank PO Box 630337 Cincinnati, OH 45263-0337 | 4/1/24 5/1/24 6/1/24 | $3,858.99 | Commercial Loan payments for 2024 Coras trailer |
| Fifth Third Bank PO Box Cincinnati, OH 45263-0337 | 6/1/24 | $125.88 | Commercial Loan (interest only) |

Debtor  Marlene's Trucking Transport, Inc.  Case number *(if known)*  24-09166
        Name

**Name and address of recipient**

30.2

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

---

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No

☐ Yes. Identify below.

Name of the parent corporation                 Employer Identification number of the parent corporation

_____               EIN: __ __ – __ __ __ __ __ __ __

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No

☐ Yes. Identify below.

Name of the pension fund                        Employer Identification number of the pension fund

_____               EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/1/2024
             MM / DD /YYYY

**X** *Marlene Anderson*                    Printed name  Marlene Anderson
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes